# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

KIRSTEN L. CROOK,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

    Defendant.

Case No. 10-CV-571-FHM

## **OPINION AND ORDER**

Plaintiff seeks an award of attorney fees in the amount of $6,148.80 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. [Dkt. 22, filed December 22, 2011]. The EAJA statute provides for payment of fees to the prevailing party, here Plaintiff, as follows:

> Except as otherwise specifically provided by statute, a court shall award to a prevailing party other than the United States fees and other expenses, in addition to any costs awarded pursuant to subsection (a), incurred by that party in any civil action (other than cases sounding in tort), including proceedings for judicial review of agency action, brought by or against the United States in any court having jurisdiction of that action, unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust.

28 U.S.C. § 2412 (d)(1)(A). The Commissioner has not filed an objection to the fee request. In accordance with LCvR. 7.2(e), the court exercises its discretion and deems the motion confessed.

The undersigned finds that the amount of the fee request is reasonable. Based on that finding and the absence of any objection to the amount of the fee request, the undersigned finds that Plaintiff should be awarded EAJA fees in the amount of $6,148.80. Pursuant to the Commissioner's usual practice, the check should be made payable to

Plaintiff and mailed to counsel's address. If Plaintiff's attorney receives the fees awarded herein and attorney fees are also awarded and received by counsel under 42 U.S.C. § 406(b) of the Social Security Act, counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

Plaintiff's Motion for Attorney's Fees and Expenses Under the Equal Access to Justice Act [Dkt. 22] is GRANTED as provided herein.

SO ORDERED this 5th day of June, 2012.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE